**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00310-CV

### ROBERT TREJO, Appellant

### V.

### SAMANTHA HUY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05068**

## ORDER

We **GRANT** appellant's September 23, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than October 20, 2014. No further extensions will be granted absent exigent circumstances.

/s/      CRAIG STODDART
JUSTICE